AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 18-cr-00330-GPG |
| Pedro Chavez-Varela, a/k/a Hector Pimela-Torres, Oscar Varela-Lopez | ) ) ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Pedro Chavez-Varela, a/k/a Hector Pimela-Torres, Oscar Varela-Lopez, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Illegal re-entry of removed alien subsequent to a felony conviction, in violation of Title 8, United States Code, Section 1326 (a); (b)(1).

Date: 07/17/2018

s/ J. Garcia-Gonzalez, Deputy Clerk
*Issuing officer's signature*

City and state: Denver, Colorado

JEFFREY P. COLWELL, CLERK
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*