IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Criminal Action No. 18-cr-00330-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO CHAVEZ-VARELA,,

    Defendant.

_____

## ENTRY OF APPEARANCE
_____

    Attorney Richard N. Stuckey, of Richard N. Stuckey, Attorney at Law, P.C. respectfully enters his appearance in this matter for Defendant Pedro Chavez-Varela, having been appointed as counsel for him under the Criminal Justice Act.

Dated: July 20, 2018.        s/ Richard N. Stuckey
                                        Richard N. Stuckey, Attorney at Law
                                        1801 Broadway, Suite 1400
                                        Denver, CO  80202
                                        303-292-0110
                                        FAX: 303-292-0522
                                        Email: dick@richardstuckeylaw.com
                                        Attorney for Defendant Pedro Chavez-Varela

CERTIFICATE OF SERVICE

    I hereby certify that on July 20, 2018, I electronically filed the foregoing Entry of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

    s/Richard N. Stuckey
Richard N. Stuckey, Attorney at Law, PC
1801 Broadway, Suite 1400
Denver, CO 80202-3839
Office Phone: 303-292-0110
Fax Phone: 303-292-0522
E-mail dick@richardstuckeylaw.com
Attorney for Defendant Pedro Chavez-Varela