AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:09 pm, Jul 20, 2018
JEFFREY P. COLWELL, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 18-cr-00330-GPG |
| Pedro Chavez-Varela, a/k/a Hector Pimela-Torres, Oscar Varela-Lopez | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Pedro Chavez-Varela, a/k/a Hector Pimela-Torres, Oscar Varela-Lopez ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:
Illegal re-entry of removed alien subsequent to a felony conviction, in violation of Title 8, United States Code, Section 1326 (a); (b)(1).

Date: 07/17/2018

s/ J. Garcia-Gonzalez, Deputy Clerk
*Issuing officer's signature*

City and state:   Denver, Colorado

JEFFREY P. COLWELL, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* 7/18/18 , and the person was arrested on *(date)* 7/19/18
at *(city and state)*

Date: 7/19/18

Arresting officer's signature

Omar Lawton DO
*Printed name and title*