IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 18-cr-330-MSK- GPG         Court Deputy: A. Barnes
Date: July 25, 2018                           Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,
v.

PEDRO CHAVEZ-VARELA,
Defendant.

_____
                        Court Minutes– Trial Setting
_____

9:55 a.m.

For this hearing, Defendant's presence was excused; Defense Counsel Stuckey appeared via telephone.   AUSA Peter Hautzinger appeared in person.

ORDER: This is a WSPP case and shall be re-designated as such.

ORDER: The parties shall have 14 days to file a WSPP consent, or alternatively to not so consent.

ORDER: The parties previously entered a Discovery Memorandum which the Court had made an order of the Court.  Today, the Court set the jury trial for **September 10, 2018 at 9:00 a.m.** in Aspinall Federal Building in Grand Junction, Room 323, before Chief Judge Kreiger; with the Pre-Trial Readiness Conference to occur on **Thursday, September 6, 2018 at 3:30 p.m.** before Chief Judge Krieger in Room A901 at the Arraj Federal Courthouse in Denver, Colorado.  For the PTRC, the parties may appear in Denver, or in Grand Junction with the caveat that Defendant and his attorney must be at the same location.

ORDERED: The Motions filing deadline shall be August 20, 2018; The Response deadline shall be September 5, 2018.

Hearing concluded at: 9:59 a.m.
Hearing duration: 4 minutes