**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00330-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO CHAVEZ-VARELA,,

    Defendant.

_____

NOTICE OF DISPOSITION
_____

Defendant Pedro Chavez-Varela, by and through his attorney Richard N. Stuckey, of Richard N. Stuckey, Attorney at Law, P.C. respectfully notifies the Court that he has entered into a disposition of this case with the government, and requests that a change of plea date be set.

Dated: August 7, 2018.        s/ Richard N. Stuckey
                                                Richard N. Stuckey, Attorney at Law
                                                1801 Broadway, Suite 1400
                                                Denver, CO  80202
                                                303-292-0110
                                                FAX: 303-292-0522
                                                Email: dick@richardstuckeylaw.com
                                                Attorney for Defendant Pedro Chavez-Varela

CERTIFICATE OF SERVICE

       I hereby certify that on August 7, 2018, I electronically filed the foregoing Notice of Disposition with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

                                            s/Richard N. Stuckey
                                            Richard N. Stuckey, Attorney at Law, PC
                                            1801 Broadway, Suite 1400
                                            Denver, CO 80202-3839
                                            Office Phone: 303-292-0110
                                            Fax Phone: 303-292-0522
                                            E-mail dick@richardstuckeylaw.com
                                            Attorney for Defendant Pedro Chavez-Varela