IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER presiding in Denver, Arraj A201

Criminal Case No. 18-cr-330-MSK- GPG      Court Deputy: A. Barnes
Date: October 10, 2018                                    Recorder: Grand Junction

UNITED STATES OF AMERICA,
Plaintiff,
v.

PEDRO CHAVEZ-VARELA,
Defendant.

_____
MINUTES AND ORDERS: CHANGE OF PLEA HEARING
_____

1:20 p.m.

On this date, Defendant, in custody, appeared with CJA Panel Attorney Richard Stuckey in Courtroom A201 at the Arraj where Magistrate Judge Gordon P. Gallagher personally presided. AUSA Peter Hautzinger appeared in Grand Junction via VTC to A201. Spanish Interpreter Cathy Bahr appeared in A201.

The interpreter was sworn.

This matter came before the Court for a change of plea following the filing of unanimous written consent by the parties to the Durango/Grand Junction Protocol to have a United States Magistrate Judge provide advisements and a recommendation and to take an entry of a plea in a change of plea matter.

The Government previously filed an Indictment in this matter. [ECF Document #1]

At this hearing, a Plea Agreement was submitted, and filed as Exhibit 1, pursuant to Federal Rule of Criminal Procedure 11(b) and (c).  Defendant's Statement in Advance of Plea was likewise filed as Exhibit 2. These documents were tendered, received, and admitted.

The Defendant was re-arraigned with regard to Count I of the Indictment. The Defendant pled guilty to Count 1 of the Indictment: a violation of Title 8 U.S.C. Section 1326(a) and (b)(1).

The Defendant was sworn and advised regarding:

1. The terms and provisions of the proposed plea agreement; and

2. All matters contained in Federal Rule of Criminal Procedure 11.

The Court FINDS that:

(1) The Defendant is fully competent to proceed, to enter an informed plea of Guilty to Count 1 of the Indictment;

(2) The Defendant understands the nature of the charge to which he is pleading guilty;

(3) The Defendant understands the possible penalties and effects and consequences of a plea of guilty;

(4) The Defendant understands the fundamental Constitutional rights that are being waived including Defendant's right to a jury trial and all the rights associated with a trial;

(5) The Defendant's plea of guilty is voluntary and knowingly made;

(6) The Defendant is satisfied with the representation of Counsel, has been represented through the course of this proceeding, and has no objection, criticism or complaint as to the representation which Defendant has received;

(7) The Defendant acknowledges and agrees with and to the factual basis and the Court finds that both the charge and plea are supported by an independent basis in fact;

(8) The Defendant understands that the penalty imposed by the sentencing Court will be based, in part, upon the facts stated in the plea agreement and may exceed that which is recommended in it;

(9)  Pursuant to the Plea Agreement, the Government intends to follow through with the terms of the Plea Agreement so long as the terms for Defendant are adhered to by Defendant.


It is hereby ORDERED:

1)  The Plea Agreement (Exhibit 1) and the Statement by Defendant in Advance of Plea of Guilty  (Exhibit 2) are received and admitted.

2) The Probation Department shall conduct a pre-sentence investigation and submit a pre-sentence report as required by Federal Rule of Criminal Procedure 32.  Defendant shall, with the assistance of Counsel, immediately after this hearing or as soon as practicable, make arrangement to participate in the pre-sentence investigation and shall fully cooperate with the Probation Department.

3)  The Sentencing Hearing is set for **January 7, 2019 at 1:30 p.m.** (or such other time on that date or January 8 as the parties can agree) before Chief Judge Marcia S. Krieger. Sentencing shall take place at the United States District Court, Wayne Aspinall Federal Building, 400 Rood Avenue, Room 323, Grand Junction, Colorado 81501.

4)  Any motions hearing and/or trial date is vacated. All non-substantive motions are ordered moot.

5) Defendant is remanded to the custody of the USMS.

It is RECOMMENDED that:

1) The Plea and Plea Agreement be accepted.

2) All substantive motions filed heretofore be denied as moot.

The parties may object in writing to the findings and recommendations pursuant to Federal Rule of Criminal Procedure 59(B)(2) within fourteen (14) days.


Hearing concluded at: 2:02 p.m.
Hearing duration: 42 minutes