**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00330-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO CHAVEZ-VARELA,,

    Defendant.

_____

**RESPONSE TO PRE-SENTENCE INVESTIGATION REPORT**

_____

    Defendant Pedro Chavez-Varela, by and through his attorney Richard N. Stuckey, of Richard N. Stuckey, Attorney at Law, P.C.  respectfully responds as follows to the Pre-Sentence Investigation Report prepared by the Probation Office of this Court:

    1.  Defendant Pedro Chavez-Varela has no objections, corrections or additions to the report.  He has reviewed the report twice, once with counsel and once with counsel and an interpreter (he speaks English quite well, but does not read English as well, and requested an interpreter on the final review of the report).

    2.  Mr. Chavez-Varela also wishes to express his appreciation to the Probation

Officer for the thoroughness and thoughtfulness with which she has completed the report, especially in detailing his history, family, and the other aspects of his life.

3.  Undersigned counsel has conferred with the Probation Officer and discussed the fact that Defendant Chavez-Varela was arrested by ICE agents on June 7, 2018, in Fruita, Colorado, and taken to the GEO facility in Denver until June 19th, when he was transferred to the Federal Correctional Facility in Littleton, Colorado.  He was then indicted in this case on July 17, 2018.  He was then transferred by the U.S. Marshal's Office to the Jefferson County Jail on August 13, 2018, as noted in the PSIR at paragraph 4, page 3.

4.  Defendant is aware that the Bureau of Prisons will not credit him with time served from his arrest date, June 7th, until indictment on July 19th, a period of 42 days.  Those 42 days, added to the 174 days for which he will get credit (noted on page 1 of the PSIR), totals 216 days, or 7 months and 6 days.  Consequently counsel will file on Defendant Chavez-Varela's behalf a Motion for a Downward Variance to a Non-Guideline Sentence, asking for consideration of that time served while awaiting sentence..

Dated: December 12, 2018.    s/ Richard N. Stuckey
Richard N. Stuckey, Attorney at Law
1801 Broadway, Suite 1400
Denver, CO  80202
303-292-0110
FAX: 303-292-0522
Email: dick@richardstuckeylaw.com
Attorney for Defendant Pedro Chavez-Varela

CERTIFICATE OF SERVICE

      I hereby certify that on December 12, 2018, I electronically filed the foregoing Response to PSIR with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

      s/Richard N. Stuckey
      Richard N. Stuckey, Attorney at Law, PC
      1801 Broadway, Suite 1400
      Denver, CO 80202-3839
      Office Phone: 303-292-0110
      Fax Phone: 303-292-0522
      E-mail dick@richardstuckeylaw.com
      Attorney for Defendant Pedro Chavez-Varela