**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 18-cr-00330-MSK-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PEDRO CHAVEZ-VARELA,,

    Defendant.

_____

**MOTION FOR VARIANCE DOWNWARD TO SENTENCE OF TIME SERVED**

    The Defendant Pedra Chavez-Varela, through his court-appointed attorney Richard N. Stuckey, respectfully moves this Court for a variance from the sentencing guideline range through application of the factors in 18 U.S.C. § 3553(a), for the following reasons:

    1. Defendant's sentencing is set before this Court for January 8, 2019. The Presentence Investigation Report in this case notes that Defendant is only eligible, under the Bureau of Prisons calculations, for 174 days credit for time served. This is the time from the return of the indictment on July 19, 2018, until sentencing on January 8, 2019.

2. Defendant and counsel have replied to the Pre-Sentence Investigation Report by noting that he was arrested on June 7, 2018, and remained in custody pending the indictment and appearance in this Court on July 19, 2018. He will remain in custody until sentencing on January 8, 2019. The additional time from arrest until indictment, added to the 174 days for which he will receive credit, comes to a little over 7 months, or 216 days.

3. As the plea agreement in this case contemplates, and as the PSIR points out at footnote 1 to page R-1 of the Sentencing Recommendation attached to the PSIR, all parties are recommending a sentence at the low end of the guideline range, or 8 months. It is respectfully moved that in light of all the above, the Court sentence Defendant Pedro Chavez-Varela to a sentence of time served. He will be then taken to the GEO facility for "fast track" early disposition (agreed to in the plea agreement under Sentencing Guideline 5K3.1), which will take a few weeks. A sentence of time served would thus substantially satisfy the 8 month guideline recommendation

Dated: December 12, 2018.              s/ Richard N. Stuckey
                                       Richard N. Stuckey, Attorney at Law
                                       1801 Broadway, Suite 1400
                                       Denver, CO  80202
                                       303-292-0110
                                       FAX: 303-292-0522
                                       Email: dick@richardstuckeylaw.com
                                       Attorney for Defendant Pedro Chavez-Varela

CERTIFICATE OF SERVICE

       I hereby certify that on December 12, 2018, I electronically filed the foregoing Motion for Variance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all counsel entered in this case.

                                           s/Richard N. Stuckey
                                           Richard N. Stuckey, Attorney at Law, PC
                                           1801 Broadway, Suite 1400
                                           Denver, CO 80202-3839
                                           Office Phone: 303-292-0110
                                           Fax Phone: 303-292-0522
                                           E-mail dick@richardstuckeylaw.com
                                           Attorney for Defendant Pedro Chavez-Varela