**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No.   18-cr-00330-MSK-GPG

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**PEDRO CHAVEZ-VARELA,**

Defendant.

---

**GOVERNMENT'S MOTION FOR A
THREE-LEVEL DOWNWARD DEPARTURE**

---

The United States of America, by and through Jason R. Dunn, United States Attorney, and Pete Hautzinger, Assistant United States Attorney, moves for a three-level downward departure pursuant to § 5K3.1 of the United States Sentencing Guidelines (USSG) authorizing early disposition programs.  The defendant qualifies for this three-level downward departure under this District's "fast track" policy, and this motion is specifically contemplated in section (I)(C) of the plea agreement entered into to resolve this matter.

Respectfully submitted this 27th day of December, 2018.

                Respectfully submitted,

                JASON R. DUNN
                United States Attorney

                By: s/Pete Hautzinger
                Pete Hautzinger
                Assistant U.S. Attorney
                U.S. Attorney's Office
                205 N. 4th St., Ste. 400
                Grand Junction, CO 81501
                Telephone: 970-241-3843
                E-mail:   Peter.Hautzinger@usdoj.gov
                Attorney for the United States

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2018, I electronically filed the foregoing **GOVERNMENT'S MOTION FOR A THREE-LEVEL DOWNWARD DEPARTURE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Richard Stuckey
dick@richardstuckeylaw.com

*s/ Cosandra Foster*
COSANDRA FOSTER
Paralegal Specialists
U.S. Attorney's Office
205 N. 4th Street, Suite 400
Grand Junction, CO 81501
Telephone (970) 241-3843
Fax (970) 248-3630
E-mail: cosandra.foster@usdoj.gov