**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE MARCIA S. KRIEGER
Presiding in Grand Junction, Colorado**

| | | |
|---|---|---|
| Courtroom Deputy: | Patricia Glover | Date: January 8, 2019 |
| Court Reporter: | Terri Lindblom | |
| Probation Officer: | Jason Cohen | |
| | Paige Meador | |
| Interpreter: | Catherine Bahr | |

Criminal Action No. 18-cr-00330-MSK-GPG

*Parties*:                                          *Counsel*:

UNITED STATES OF AMERICA,              Peter Hautzinger

      Plaintiff,

v.

PEDRO CHAVEZ-VARELA,                    Richard Stuckey

      Defendant.

---

**SENTENCING MINUTES**
_____

**12:45 p.m.     Court in session**.

Defendant present in custody.

Interpreter sworn.

The Motion filed at Doc. #29 is WITHDRAWN.

**Change of Plea Hearing on October 10, 2018 before Magistrate Gordon P. Gallagher. Defendant pled guilty to Count 1 of Indictment.**  The Court accepts the Magistrate Judge's recommendation (**Doc. #23**)

Parties received and reviewed the presentence report and all addenda.

The parties **do not** dispute the facts contained in the presentence report.

The parties **do not** dispute the calculation of the sentence under the Federal Sentencing Guidelines as set forth in the original presentence report.

The government **does** request departure (Doc. #33). Argument.

Sentencing Minutes
Chief Judge Marcia S. Krieger
Page 2

The parties **do not** contend that the sentence should be different from that calculated under the Sentencing Guidelines in light of the sentencing objectives set forth in 18 U.S.C. Section 3553(a).

Allocution. - Statements made by:  The Government, defendant, defense counsel.

After consideration of the provisions of 18 U.S.C. 3553 (a), the Court announces the sentence it intends to impose as reflected in the record.  Counsel are offered the opportunity for further argument.  No further argument.

**ORDER:**     The government's Motion for Departure (Doc. # 33)  is GRANTED.

**THE DEFENDANT IS SENTENCED AS REFLECTED IN THE RECORD.**

The defendant is advised of his right to appeal.

**ORDER:**     Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**1:13 p.m.     Court in recess.**

Total Time:    28  minutes.
Hearing concluded.