| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1082 1:18CR00330-1 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | CR-19-50243-TUC-JGZ-EJM |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | Colorado | |
| Pedro Chavez-Varela | NAME OF SENTENCING JUDGE | |
| | Senior United States District Judge Marcia S. Krieger | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 07/19/2019 | TO 07/18/2022 |

OFFENSE
Illegal Re-entry of Removed Alien Subsequent to a Felony Conviction in violation of 8 U.S.C. § 1326(a) and (b)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF    Colorado

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   District of Arizona   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

12/6/19
Date

*Marcia A. Krieger*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE         DISTRICT OF   Arizona

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

12/26/19
Effective Date

United States District Judge



# United States District Court
## District of Arizona
### Probation Office
# MEMORANDUM

**Date:** December 20, 2019

**To:** Jennifer G. Zipps
U.S. District Judge

**From:** Maria Islas, Case Administrator II
Immigration Caseload
TPhone: (520) 205-4488

**Re:** U.S.A. v Pedro Chavez-Varela
akas: Hector Pimela-Torres: Oscar Varela-Lopez
Docket: CR-19-50243-TUC-JGZ-EJM
Request to Accept Transfer of Jurisdiction, Consolidate Hearings, and Proceed with Revocation on the Petition to Revoke from the District of Colorado

On January 8, 2019, Chavez-Varela was sentenced to a 14-month term of imprisonment and 36 months of supervised release in the District of Colorado, Docket No. 1:18-CR-00330-MSK-GPG-1, on a charge of Illegal Re-Entry of Removed Alien Subsequent to a Felony Conviction under 8 U.S.C. § 1326(a) and (b)(1), a Class C felony.

Supervision commenced July 19, 2019, and he was deported to Mexico on July 19, 2019. On October 30, 2019, Chavez-Varela was arrested in the District of Arizona on a new charge of illegal reentry and is in custody pending trial in Docket No. CR-19-03072-001-TUC-JGZ(EJM). Based on the new arrest, a petition to revoke supervised release was filed in the District of Colorado on December 5, 2019, and a warrant was issued. The petition contains one Grade C special condition violation.

The District of Colorado has requested jurisdiction be accepted in the District of Arizona for further proceedings. Should the Court accept jurisdiction, it is anticipated the violation matter will be assigned to Your Honor in accordance with LRCrim 5.1(a)(2).

For the Court's consideration, the following applies to this violation matter.

| | |
|---|---|
| **Disposition Options upon Revocation of Supervised Release** | Statutory Maximum Custody: Up to two years. 18 U.S.C. § 3583(e)(3).<br>Advisory Guideline Range:<br>   Violation 1: 6 to 12 months (Grade C violation, Criminal History Category IV.) U.S.S.G. §7B1.4(a) and (b)(3)(A).<br>Statutory Maximum Term of Supervised Release: Up to three years, less any imprisonment imposed. 18 U.S.C. § 3583(b)(2) and (h). |

U.S.A. v Pedro Chavez-Varela
akas: Hector Pimela-Torres; Oscar Varela-Lopez
Docket CR-19-50243-TUC-JGZ-EJM
December 20, 2019
Page 2 of 2

**Recommendation:** It is respectfully recommended that the Court accept jurisdiction and proceed based on the petition to revoke supervised release filed in the District of Colorado. Attached are two Probation 22 forms should Your Honor concur.

Reviewed by,

*DebraAWinchester*          December 20, 2019

Debra Winchester          Date
Supervisory U.S. Probation Officer
Office: 520-205-4498; Cellular: 520-861-2930

**Considered by:** The Honorable Jennifer G. Zipps

Approved: ✓    Disapproved: ____    Consult with Court: ____    Date: 12/26/1,